United States District Court
Middle District of Florida
Jacksonville Division

**R.V.**, AS EXECUTOR DE SON TORT OF THE ESTATE OF **A.V.**, A MINOR, AND ON BEHALF OF THE ESTATE OF **A.V.** AND THE SURVIVORS OF THE ESTATE,

    *Plaintiff,*

V.                                    No. 3:22-cv-864-MMH-PDB

**GRINDR, LLC**,

    *Defendant.*

# Order

The Court **directs** the Clerk of Court to remove from the docket documents 33 and 34. Discovery-related documents, including initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A), should not be filed on the docket unless and until the Court needs them to decide an issue brought to its attention. *See* Fed. R. Civ. P. 5(d)(1); Middle District Discovery § I.C.1.

**Ordered** in Jacksonville, Florida, on January 24, 2023.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*