United States District Court
Middle District of Florida
Jacksonville Division

**R.V.**, AS EXECUTOR DE SON
TORT OF THE ESTATE OF **A.V.**,
A MINOR, AND ON BEHALF OF
THE ESTATE OF **A.V.** AND THE
SURVIVORS OF THE ESTATE,

    *Plaintiff,*

V.                           NO. 3:22-CV-864-MMH-PDB

**GRINDR, LLC**,

    *Defendant.*

## Order

R.V. brings claims under Florida's Wrongful Death Act and Florida common law. R.V. contends this Court has federal-question jurisdiction based on the alleged wrong underlying count I, Doc. 9 ¶ 8, and diversity jurisdiction based on the parties' citizenship and the amount in controversy, Doc. 9 ¶ 6. For the latter contention, R.V. states, "Upon information and belief, none of Defendant or Grinder Holdings LLC's associated members are citizens of the same state as the Plaintiff." Doc. 9 ¶ 5.

To prepare a complete report and recommendation on the pending motion to dismiss, the Court **directs** the parties to confer in good faith and R.V. to file by **May 15, 2023**, a statement of the name and citizenship of each member of Grinder Holdings LLC. If any member is a limited liability company, R.V. must state the name and citizenship of each member of that limited liability company, and so on. *See Rolling Greens MHP, L.P. v. Comcast*

*SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("[A] limited liability company is a citizen of any state of which a member of the company is a citizen."); *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 126 (1st Cir. 2011) ("If even one of [the entity's] members is another unincorporated entity, the citizenship of each of that member's members … must then be considered."); *AFC Franchising, LLC v. Purugganan*, No. 20-13849-AA, 2021 WL 1541511, at *1 (11th Cir. Apr. 6, 2021) ("[A] party must list the citizenships of all of an LLC's members to establish jurisdiction, and a blanket assertion … that unidentified members are not citizens of a particular state is insufficient to satisfy this standard.").

**Ordered** in Jacksonville, Florida, on May 1, 2023.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*