UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

R.V., AS EXECUTOR DE SON
TORT OF THE ESTATE OF A.V.,
A MINOR, AND ON BEHALF OF
THE ESTATE OF A.V. AND THE
SURVIVORS OF THE ESTATE,

    Plaintiff,

vs.                            CASE NO: 3:22-cv-864-MMH-PDB

GRINDR, LLC,

    Defendant.
_____/

## SUGGESTION OF DEATH

Undersigned counsel for Plaintiff, **R.V., AS EXECUTOR DE SON TORT OF THE ESTATE OF A.V., A MINOR, AND ON BEHALF OF THE ESTATE OF A.V. AND THE SURVIVORS OF THE ESTATE**, states that she has been notified that Plaintiff, **R.V., AS EXECUTOR DE SON TORT OF THE ESTATE OF A.V., A MINOR, AND ON BEHALF OF THE ESTATE OF A.V. AND THE SURVIVORS OF THE ESTATE**, died on August 13, 2023.

## CERTIFICATE OF SERVICE

I Hereby Certify that a true and correct copy of the foregoing was electronically filed through the CM/EVF system on this 24th day of August, 2023 to all counsel of record.

1

**VILES & BECKMAN, LLC.**
Attorneys for Plaintiff
6350 Presidential Court
Fort Myers, Florida 33919
Telephone:  239-334-3933
Facsimile:  239-334-7105
Maria@vilesandbeckman.com
Opal@vilesandbeckman.com

By:   */s/ Maria R. Alaimo*
      Maria R. Alaimo, Esquire
      Florida Bar Number: 103870