# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

T.V., as Executor De Son Tort of the Estate of A.V., a Minor, and on Behalf of the Estate of A.V. and the Survivors of the Estate,

    Plaintiff,

vs.   Case No. 3:22-cv-864-MMH-PDB

GRINDR, LLC,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Agreed Motion to Stay Issuance of Ruling on Motion to Dismiss (Dkt. No. 55; Motion) filed on November 22, 2023. In the Motion, Defendant requests a brief stay of the ruling on Defendant's Moton to Dismiss while the parties discuss a possible settlement in this matter. See Motion at 1. Defendant represents to the Court that Plaintiff agrees with the relief requested in the Motion. See id. at 2. Accordingly, it is

**ORDERED:**

1. The Agreed Motion to Stay Issuance of Ruling on Motion to Dismiss (Dkt. No. 55) is **GRANTED**.

2. The Court **DEFERS** ruling on Defendant's Motion to Dismiss (Dkt. No. 22).

3. No later than **December 11, 2023**, the parties shall file a joint notice advising the Court of the status of this matter.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of November, 2023.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record