# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

T.V., AS EXECUTOR DE SON
TORT OF THE ESTATE OF A.V.,        CASE NO.: 3:22-cv-864-MMH-PDB

A MINOR, AND ON BEHALF OF
THE ESTATE OF A.V. AND THE
SURVIVORS OF THE ESTATE,

        Plaintiff,

v.

GRINDR, LLC,

        Defendant.
_____/

### Joint Notice Pursuant to Court's December 13, 2023, Order (Dkt. 58)

Plaintiff T.V., as Executor de Son Tort of the Estate of A.V., a minor, and on behalf of the Estate of A.V. and the Survivors of the Estate, and Defendant Grindr, LLC jointly submit this notice advising the Court of the status of this matter:

1. On November 22, 2023, Defendant filed an Agreed Motion to Stay Issuance of Ruling on Motion to Dismiss to allow the parties time to discuss a possible settlement in this matter, Dkt. 55, which the Court granted, Dkt. 56.

2. On December 11, 2023, the parties filed a Joint Notice advising the Court that settlement discussions were ongoing, and requesting the Court

1

continue to hold Grindr's Motion to Dismiss in abeyance to allow the parties additional time to reach a resolution.  Dkt. 57.

3. On December 13, 2023, the Court issued an Order deferring ruling on Grindr's Motion to Dismiss, and directing the parties to file another joint notice regarding the status of this matter by January 12, 2024.  Dkt. 58.

4. After further settlement discussions, the parties have not reached an agreement and do not believe that continued settlement discussions would be fruitful at this time.

5. Accordingly, the parties respectfully ask the Court to lift the stay on its ruling on Grindr's Motion to Dismiss.

Dated:  December 29, 2023.

**VILES & BECKMAN, LLC**

/s/ *Michael L. Beckman*
Michael L. Beckman
Florida Bar No. 128279
6350 Presidential Court
Fort Myers, Florida 33919
Telephone: (239) 334-3933
Facsimile: (239) 334-7105
michael@vilesandbeckman.com
opal@vilesandbeckman.com
pleadings@vilesandbeckman.com

*Attorneys for Plaintiff*

**DAVIS WRIGHT TREMAINE LLP**

/s/ *Ambika Kumar*
Ambika Kumar (*pro hac vice*)
Sara A. Fairchild (*pro hac vice*)
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
ambikakumar@dwt.com
sarafairchild@dwt.com

**WALTERS LAW GROUP**
Lawrence G. Walters
Florida Bar No. 0776599
195 W. Pine Ave.
Longwood, FL  32750-4104
Telephone: (407) 957-9150

        Facsimile:  (407) 774-6151
        Email: larry@firstamendment.com
        Secondary Email:
        paralegal@firstamendment.com

        *Attorneys for Defendant Grindr, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on this 29th day of December 2023, which will serve a copy by email on all counsel of record.

/s/ *Ambika Kumar*
Ambika Kumar, Esq.