# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

T.V. as executor De Son Tort of the
estate of A.V., a minor and on behalf
of the estate of A.V. and the
survivors of the estate,

      Plaintiff,

v.                                                  Case No.   3:22-cv-864-WGY-PDB

GRINDR, LLC,

      Defendant.
_____/

YOUNG, D.J.[1]

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 88; Stipulation) filed on April 1, 2025.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at C.   Accordingly, it is hereby

**ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own attorney's fees and costs.

---

[1] Of the District of Massachusetts, sitting by designation.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Boston, Massachusetts this 10th day of April, 2025.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE